Jess G. Webster (AK #8410088)
Mikkelborg, Broz, Wells & Fryer, PLLC
1001 Fourth Avenue, Suite 3600
Seattle, Washington 98154
(206) 623-5890

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| MICHAEL K. ORTH, UNDERWRITERS AT LLOYDS, MARINE INSURANCE COMPANY LIMITED, AXIX SURPLUS INSURANCE COMPANY AND ALLIANZ MARINE & AVIATION VERSICHERUNGS AG,<br><br>           Plaintiffs,<br><br>   vs.<br><br>C.C.J., INC.,<br><br>           Defendant. | IN ADMIRALTY<br><br>Case No.<br><br>**COMPLAINT FOR COLLISION DAMAGES**<br><br>**(Clerk's Action Required)** |

COME NOW the plaintiffs, by and through their counsel of record, and allege by way of Complaint as follows:

1. This is a case of admiralty and maritime jurisdiction, as hereinafter more fully appears, and is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

---

**COMPLAINT FOR COLLISION DAMAGES - 1**
MICHAEL ORTH et al v. C.C.J., INC.,
Cause No.:

J:\Main\O\ON-OR\ORTH, MIKE - 012388\2- Rolfy v. Midnight Sun - Underwriters\Pleadings\Complaint030606.doc

LAW OFFICES OF
MIKKELBORG, BROZ, WELLS & FRYER PLLC
1001 FOURTH AVENUE, SUITE 3600
SEATTLE, WASHINGTON 98154-1115
(206) 623-5890

2. Plaintiff Michael K. Orth is a resident of the State of Alaska, and at all times pertinent was the owner of the fishing vessel ROLFY, Official No. 241524.

3. Plaintiffs Underwriters At Lloyds, Marine Insurance Company Limited, AXIS Surplus Insurance Company and Allianz Marine & Aviation Versicherungs AG ("Interested Underwriters") are the subrogated Hull & Machinery insurance underwriters insuring of the F/V ROLFY at the time of the collision that is the subject matter of this action.

2. C.C.J., INC. is believed to be an Alaska corporation that at all times pertinent was the owner and operator of the fishing vessel MIDNITE SUN, Official No. 548491.

3. On August 9, 2004, while transiting in the vicinity of Kupreanof Strait, the F/V MIDNITE SUN and the F/V ROLFY were in a head-on passing situation attempting a port-to-port pass when the MIDNITE SUN negligently, and in disregard of applicable Collision Avoidance Regulations immediately changed course to port striking the ROLFY amidships.

5. In changing its course to port during a head-on passing situation, the F/V MIDNITE SUN violated, *inter alia,* Rules 8, 9(a), and 14 of the International Regulations for Preventing Collisions At Sea, 1972 ('COLREGS').

6. As the proximate result of the negligence and violation of applicable COLREGS the master and crew of the F/V MIDNITE SUN, the defendant was solely at fault at severely damaging the F/V ROLFY.

7. By reason of aforesaid damage to the F/V ROLFY, the Interested underwriters became legally liable to plaintiff Orth to pay, and did pay, for necessary temporary and permanent repairs to the F/V ROLFY except for applicable insurance deductible paid by Orth.

COMPLAINT FOR COLLISION DAMAGES - 2
MICHAEL ORTH et al v. C.C.J., INC.,
Cause No.:

J:\Main\O\ON-OR\ORTH, MIKE - 012388\2- Rolfy v. Midnight Sun - Underwriters\Pleadings\Complaint030606.doc

LAW OFFICES OF

MIKKELBORG, BROZ, WELLS & FRYER PLLC
1001 FOURTH AVENUE, SUITE 3600
SEATTLE, WASHINGTON 98154-1115
(206) 623-5890

8. As the proximate result of the negligence and violation of applicable COLREGS the master and crew of the F/V MIDNITE SUN the plaintiffs sustained damages for repairs, lost fishing income, and other expenses in amounts to be proven at trial.

WHEREFORE, plaintiffs pray judgment against defendant for damages in amounts to be proven at trial, interest, costs and for such other and further relief as the Court deems just under the circumstances.

DATED this 6th day of March, 2006

MIKKELBORG, BROZ, WELLS & FRYER, PLLC

_____
Jess G. Webster (Alaska Bar No. 8410088)
Attorneys for Plaintiffs, MICHAEL ORTH and
Interested Underwriters

**COMPLAINT FOR COLLISION DAMAGES - 3**
MICHAEL ORTH et al v. C.C.J., INC.,
Cause No.:

J:\Main\O\ON-OR\ORTH, MIKE - 012388\2- Rolfy v. Midnight Sun - Underwriters\Pleadings\Complaint030606.doc

LAW OFFICES OF

MIKKELBORG, BROZ, WELLS & FRYER PLLC
1001 FOURTH AVENUE, SUITE 3600
SEATTLE, WASHINGTON 98154-1115
(206) 623-5890