1  Jess G. Webster (AK #8410088)
   Mikkelborg, Broz, Wells & Fryer, PLLC
2  1001 Fourth Avenue, Suite 3600
   Seattle, Washington 98154
3  (206) 623-5890

4  Attorneys for Plaintiffs

       UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                              AT ANCHORAGE

MICHAEL K. ORTH, UNDERWRITERS AT ) **IN ADMIRALTY**
LLOYDS, MARINE INSURANCE )
COMPANY LIMITED, AXIX SURPLUS ) Case No.
INSURANCE COMPANY AND ALLIANZ )
MARINE & AVIATION VERSICHERUNGS ) **PRAECIPE**
AG, )
     ) **(Clerk's Action Required)**
          Plaintiffs, )
     )
     vs. )
     )
C.C.J., INC., )
     )
          Defendant. )

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please issue a summons to the following:

   C.C.J, INC.
   C/O: Charles G. Johnson,
   Agent for Service of Process
   1813 Rezanof
   Kodiak, AK 99615

**PRAECIPE - 1**
MICHAEL ORTH et al v. C.C.J., Inc.
Cause No.:

J:\Main\O\ON-OR\ORTH, MIKE - 012388\2- Rolfy v. Midnight Sun -
Underwriters\Pleadings\PraecipetoIssueSummons030606.doc

LAW OFFICES OF
MIKKELBORG, BROZ, WELLS & FRYER PLLC
1001 FOURTH AVENUE, SUITE 3600
SEATTLE, WASHINGTON 98154-1115
(206) 623-5890

1   Respectfully requested this 6th day of March, 2006.

MIKKELBORG, BROZ, WELLS & FRYER, PLLC

_____
Jess G. Webster (Alaska Bar No. 8410088)
Attorneys for Plaintiffs, MICHAEL ORTH and Interested Underwriters

**PRAECIPE - 2**
MICHAEL ORTH et al v. C.C.J., Inc.
Cause No.:

J:\Main\O\ON-OR\ORTH, MIKE - 012388\2- Rolfy v. Midnight Sun - Underwriters\Pleadings\PraecipetoIssueSummons030606.doc

LAW OFFICES OF
MIKKELBORG, BROZ, WELLS & FRYER PLLC
1001 FOURTH AVENUE, SUITE 3600
SEATTLE, WASHINGTON 98154-1115
(206) 623-5890