Philip W. Sanford
HOLMES WEDDLE & BARCOTT, P.C.
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: psanford@hwb-law.com

Attorneys for Defendants-Third Party Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL K. ORTH, UNDERWRITERS AT LLOYDS, MARINE INSURANCE COMPANY LIMITED, AXIX SURPLUS INSURANCE COMPANY AND ALLIANZ MARINE & AVIATION VERSICHERUNGS AG,<br><br>Plaintiffs,<br><br>v.<br><br>C.C.J., INC.,<br><br>Defendant-Counterclaimant. | Case No. 3:06-cv-00056-TMB |
| SUNDERLAND MARINE MUTUAL THROUGH AMERICAN E&S INSURANCE BROKERS, HARLOCK MURRAY UNDERWRITING, LTD., and FEDERAL INSURANCE COMPANY THROUGH CHUBB GROUP OF INSURANCE COMPANIES,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>MICHAEL K. ORTH, UNDERWRITERS AT LLOYDS, MARINE INSURANCE COMPANY LIMITED, AXIX SURPLUS INSURANCE COMPANY AND ALLIANZ MARINE & AVIATION VERSICHERUNGS AG,<br><br>Third-Party Defendants. | |

NOTICE OF APPEARANCE
*Michael Orth et al. v. C.C.J., Inc*
Case No. - Page 1 of 2

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

## NOTICE OF APPEARANCE

COMES NOW Holmes Weddle & Barcott and enters its appearance as attorneys of record for defendant C.C.J., Inc. and third party plaintiffs Sunderland Marine Mutual through American E&S Insurance Brokers, Harlock Murray Underwriting, Ltd., and Federal Insurance Company through Chubb Group of Insurance Companies, and requests that copies of all pleadings filed in this action be mailed to this office at 999 Third Avenue, Suite 2600, Seattle, Washington 98104.

DATED this 29th day of March, 2006.

HOLMES WEDDLE & BARCOTT, P.C.

_____
Philip W. Sanford, ASBA #9406055
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: psanford@hwb-law.com
Attorney for Defendants-Third Party Plaintiffs

CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the 29th day of March, 2006, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Jess G. Webster**
- jgwebster@mikkelborg.com


    s/Philip W. Sanford
_____
Philip W. Sanford

G:\3627\20639\Pldg\NOA 3.29.06.doc

NOTICE OF APPEARANCE
*Michael Orth et al. v. C.C.J., Inc*
Case No. - Page 2 of 2

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008