Philip W. Sanford
HOLMES WEDDLE & BARCOTT, P.C.
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email:    psanford@hwb-law.com

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

MICHAEL K. ORTH, UNDERWRITERS AT
LLOYDS, MARINE INSURANCE COMPANY
LIMITED, AXIX SURPLUS INSURANCE
COMPANY AND ALLIANZ MARINE &
AVIATION VERSICHERUNGS AG,

     Plaintiffs,

     v.

C.C.J., INC.,

     Defendant-Counterclaimant.

Case No. 3:06-cv-00056-TMB

SUNDERLAND MARINE MUTUAL
THROUGH AMERICAN E&S INSURANCE
BROKERS, HARLOCK MURRAY
UNDERWRITING, LTD., and FEDERAL
INSURANCE COMPANY THROUGH CHUBB
GROUP OF INSURANCE COMPANIES,

     Third-Party Plaintiffs,

     v.

MICHAEL K. ORTH.

     Third-Party Defendant.

ANSWER TO COMPLAINT FOR COLLISION DAMAGES
*Michael Orth et al. v. C.C.J., Inc.*
Case No.  - Page 1 of 4

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

## ANSWER TO COMPLAINT FOR COLLISION DAMAGES

COME NOW the defendants, by and through their counsel of record, and answer the Plaintiff's Complaint for Collision Damage:

1.    Admitted.

2.    For want of information, denied.

3.    For want of information, denied.

2.    [sic]  Admitted.

3.    [sic] Denied.

5.    Denied.

6.    Denied.

7.    For want of information, denied.

8.    Denied.

## AFFIRMATIVE DEFENSES

1.    Plaintiffs have failed to state a claim upon which relief may be granted.

2.    Plaintiff Michael Orth's damages, if any, are the result of his own negligence and any recovery against any other party should be reduced by the appropriate fault apportioning doctrine.

3.    Plaintiff Michael Orth has failed to mitigate his damages, if any.

## COUNTERCLAIM

1.    Defendant C.C.J., Inc. here reasserts as if fully set forth all preceding allegations, answers, cause of action, and affirmative defenses.

2.    On August 9, 2004, while in the vicinity of Kupreanof Strait, the F/V MIDNITE SUN and F/V ROLFY were involved in a collision.

ANSWER TO COMPLAINT FOR COLLISION DAMAGES
*Michael Orth et al. v. C.C.J., Inc.*
Case No.  - Page 2 of 4

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

3.    The collision was the result of negligence on the part of the master and crew of the F/V ROLFY, including, but not limited to, violations of Rules 6, 7, 8, 9, 14, 20, and 32 of the International Regulations for Preventing Collision at Sea ("COLREGS").

4.    As the proximate result of the negligence on the part of the master and crew of the F/V ROLFY, plaintiff Orth is liable for the sustained damages of the F/V MIDNITE SUN in an amount to be proven in trial.

## THIRD PARTY COMPLAINT

1.    Third Party Plaintiffs here reassert as if fully set forth all preceding allegations, answers, cause of action, and affirmative defenses.

2.    The court has jurisdiction over the third party complaint pursuant to the terms of 28 U.S.C. § 1333.

3.    Third Party Plaintiffs Sunderland Marine Mutual through American E&S Insurance Brokers, Harlock Murray Underwriting, Ltd., and Federal Insurance Company through Chubb Group of Insurance Companies are subrogated protection and indemnity insurance underwriters insuring the F/V MIDNITE SUN under Policy No. YA-04127 issued by Acordia of Oregon, Inc. and, as subrogated protection and indemnity insurance underwriters, are potentially liable for any judgment in favor of plaintiff Orth.

4.    Because of the aforesaid damage to the F/V MIDNITE SUN, the Third Party Plaintiff underwriters became liable to C.C.J., Inc. to pay for necessary temporary and permanent repairs to the F/V MIDNITE SUN, except for the applicable deductible paid by C.C.J., Inc.

ANSWER TO COMPLAINT FOR COLLISION DAMAGES
*Michael Orth et al. v. C.C.J., Inc.*
Case No.  - Page 3 of 4

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

5.    In the event judgment is entered in favor of the F/V ROLFY and against the F/V MIDNITE SUN which implicates coverage under the hull or the protection and indemnity policies, then the Third Party Plaintiffs assert a right to subrogation.

WHEREFORE, Third Party Plaintiffs pray judgment against Third Party Defendants for damages in an amount to be proven at trial, plus interest, costs, attorneys' fees, and for all other relief the court deems just and equitable.

DATED this _____ day of March, 2006.

HOLMES WEDDLE & BARCOTT, P.C.

Philip W. Sanford, ASBA #9406055
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile:  (206) 340-0289
Email:     psanford@hwb-law.com
Attorney for Defendants

CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the ___29th___ day of _____March_____, 2006, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Jess G. Webster**
- jgwebster@mikkelborg.com

_____s/Philip W. Sanford_____
Philip W. Sanford

G:\3627\20639\Pldg\Answer 3.29.06.doc

ANSWER TO COMPLAINT FOR COLLISION DAMAGES
*Michael Orth et al. v. C.C.J., Inc.*
Case No.  - Page 4 of 4

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008