Jess G. Webster (AK #8410088)
Mikkelborg, Broz, Wells & Fryer, PLLC
1001 Fourth Avenue, Suite 3600
Seattle, Washington 98154
(206) 623-5890

Attorneys for Plaintiffs

HON. TIMOTHY M. BURGESS

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| MICHAEL K. ORTH, UNDERWRITERS AT LLOYDS, MARINE INSURANCE COMPANY LIMITED, AXIX SURPLUS INSURANCE COMPANY AND ALLIANZ MARINE & AVIATION VERSICHERUNGS AG,<br><br>    Plaintiffs,<br>vs.<br><br>C.C.J., INC.,<br>    Defendant.<br><br>AND RELATED CROSS-ACTIONS. | IN ADMIRALTY<br><br>Case No. 3:06-CV-00056 TMB<br><br>**REPLY TO COUNTERCLAIM AND ANSWER TO THIRD-PARTY COMPLAINT**<br><br>**(Clerk's Action Required)** |

COMES NOW the plaintiffs, by and through their counsel of record, upon and information and belief, allege in response to the defendants' Counterclaim and Third-Party Complaint, as follows:

### REPLY TO COUNTERCLAIM

1. Paragraph 1 of the Counterclaim requires no response.

REPLY TO COUNTERCLAIM AND ANSWER TO
THIRD-PARTY COMPLAINT - 1

Orth, et al. v. C.C.J., Inc., etc., et al.
Case No.: 3:06-CV-00056-TMB
J:\Main\O\ON-OR\ORTH, MIKE - 012388\2- Rolfy v. Midnight Sun - Underwriters\Pleadings\ReplyCounterclaimAnswer3rdPartyComplaint 040406.doc

**MIKKELBORG**
BROZ | WELLS | FRYER
ATTORNEYS AT LAW
1001 FOURTH AVENUE   SUITE 3600   SEATTLE
WASHINGTON 98154-1115   TEL: 206.623.5890

2. Admit.

3. Deny.

4. Deny.

## ANSWER TO THIRD-PARTY COMPLAINT

1. Paragraph 1 of the Third-Party Complaint requires no response.

2. Admit.

3. Denied for lack of sufficient information upon which to form a belief as to the truth of the allegations contained in this paragraph.

4. Denied for lack of sufficient information upon which to form a belief as to the truth of the allegations contained in this paragraph.

5. Deny.

## AFFIRMATIVE DEFENSES

1. Defendant's and Third-Party Plaintiffs' Damages, if any, were the result of the sole negligence and fault of the defendant and its employees.

2. Any recovery against any other party should be reduced by the Appropriate Fault Apportion Doctrine.

3. Defendant and Third-Party Plaintiffs failed to mitigate their damages, if any.

WHEREFORE plaintiffs pray for entry of judgement against defendant as requested in the original Complaint and that the defendant's Counterclaim and the third-party plaintiffs' Third-Party Complaint be dismissed with prejudice, and for costs, attorneys' fees, and all other relief as the Court deems just and equitable.

REPLY TO COUNTERCLAIM AND ANSWER TO
THIRD-PARTY COMPLAINT - 2

Orth, et al. v. C.C.J., Inc., etc., et al.
Case No.: 3:06-CV-00056-TMB
J:\Main\O\ON-OR\ORTH, MIKE - 012388\2- Rolfy v. Midnight Sun - Underwriters\Pleadings\ReplyCounterclaimAnswer3rdPartyComplaint 040406.doc



MIKKELBORG
BROE | WELLS | FRYER
ATTORNEYS AT LAW

1001 FOURTH AVENUE   SUITE 3600   SEATTLE
WASHINGTON 98154-1115   TEL: 206.623.5890

1   DATED this 4th day of April, 2006

2

3                               MIKKELBORG, BROZ, WELLS & FRYER, PLLC

4

5                               _____s/Jess G. Webster_____
                                Jess G. Webster (Alaska Bar No. 8410088)
                                Attorneys for Plaintiffs, MICHAEL K. ORTH,
6                               UNDERWRITERS AT LLOYDS, MARINE
                                INSURANCE COMPANY LIMITED, AXIX SURPLUS
7                               INSURANCE COMPANY AND ALLIANZ MARINE &
                                AVIATION VERSICHERUNGS AG; and Third-Party
8                               Defendant, MICHAEL K. ORTH

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  **REPLY TO COUNTERCLAIM AND ANSWER TO THIRD-PARTY COMPLAINT - 3**

**Orth, et al. v. C.C.J., Inc., etc., et al.**
**Case No.: 3:06-CV-00056-TMB**
J:\Main\O\ON-OR\ORTH, MIKE - 012388\2- Rolfy v. Midnight Sun - Underwriters\Pleadings\ReplyCounterclaimAnswer3rdPartyComplaint 040406.doc



MIKKELBORG
BROZ | WELLS | FRYER
ATTORNEYS AT LAW
1001 FOURTH AVENUE   SUITE 3600   SEATTLE
WASHINGTON 98154-1115   TEL: 206.623.5890

## CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the ____ day of April, 2006, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Philip W. Sanford**
- psanford@hwb-law.com

_____s/Jess G. Webster_____
Jess G. Webster

REPLY TO COUNTERCLAIM AND ANSWER TO
THIRD-PARTY COMPLAINT - 4

Orth, et al. v. C.C.J., Inc., etc., et al.
Case No.: 3:06-CV-00056-TMB
J:\Main\O\ON-OR\ORTH, MIKE - 012388\2- Rolfy v. Midnight Sun - Underwriters\Pleadings\ReplyCounterclaimAnswer3rdPartyComplaint 040406.doc



MIKKELBORG
BROE | WELLS | FRYER
ATTORNEYS AT LAW
1001 FOURTH AVENUE   SUITE 3600   SEATTLE
WASHINGTON 98154-1115   TEL: 206.623.5890