## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Orth, et al. v. C.C.J., Inc.*
Case No.3:06-cv-0056-TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

     Plaintiffs issued a subpoena to the United States Coast Guard seeking the investigation report of the collision that underlies this case. The Coast Guard responded that the Freedom of Information Act and its policies require a subpoena signed by a judge to release the information sought. Thus, Plaintiffs move the Court to issue the requested subpoena. Docket No. 4. In the motion Plaintiffs represent that defense counsel does not object to the issuance of the subpoena.

     **IT IS THEREFORE ORDERED:**
     The motion at **Docket No. 4** is **GRANTED**. The signed subpoena and its attachment are to be filed with this Order.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:  April 5, 2006