Michael K. Orth, et al.                                    Case No. 3:06-CV-00056 TMB

    v.

C.C.J., Inc.

## ATTACHMENT A TO SUBPOENA

1.  That Report of Investigation into the Circumstances Surrounding the Incident Involving F/V MIDNITE SUN - F/V ROLFY COLLISION, on 08/09/2004, MISLE Activity No. 2163205, Originating Unit:  MSD Kodiak, MISLE Case No. 193736, without redaction or alteration; and 2) All materials collected in the course of the investigation that lead to the above-referenced document, including all photographs, audio and/or video recordings, and all statements of any witnesses taken or otherwise collected by the investigating officer.