DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for United States Coast Guard

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL K. ORTH, etc., et al.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C.C.J., INC.,<br><br>　　　　Defendant. | Case No. 3:06-cv-00056-TMB<br><br>**ENTRY OF APPEARANCE** |

　　　　Richard L. Pomeroy, Assistant U.S. Attorney, hereby enters his appearance as an attorney of record for the United States Coast Guard ("Coast Guard"), an agency of the United States Department of Homeland Security, in the above-entitled matter and requests that copies of all pleadings filed be directed to him.

Respectfully requested this 26th day of April, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2006, a copy of the foregoing ENTRY OF APPEARANCE was served electronically on Philip W. Sanford and Jess G. Webster.

s/ Richard L. Pomeroy