DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for United States Coast Guard

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL K. ORTH, etc., et al.,<br><br>   Plaintiff,<br><br>   v.<br><br>C.C.J., INC.,<br><br>   Defendant. | Case No. 3:06-cv-00056-TMB<br><br>**MOTION TO QUASH SUBPOENA FOR THE PRODUCTION OF DOCUMENTS DIRECTING THE U.S. COAST GUARD TO RELEASE MARINE CASUALTY INVESTIGATION DOCUMENTS** |

COMES NOW the United States Coast Guard ("Coast Guard"), an agency of the United States Department of Homeland Security, by and through the United States Attorney's Office for the District of Alaska, and pursuant to Fed.R.Civ.P. 45(c)(3)(A)(iii) moves to quash the subpoena served on the Commander (dl) of the 17th Coast Guard District, Juneau, Alaska.  Exhibit 1.

Plaintiff Michael Orth moved, at Docket No. 4, for a subpoena to require the Coast Guard to produce an unredacted copy of the Marine Casualty Investigation Report and materials related to that investigation. The subpoena that the Court issued on April 6, 2006 in response to the motion set a time of April 19, 2006 at 10:00 a.m. for the Coast Guard to produce the report and related documents and materials. See Exhibit 1.

On April 18, 2006, the Coast Guard notified plaintiff's counsel in writing that the report and materials subject to the subpoena were, by statute, 46 U.S.C. § 6308, expressly not subject to disclosure in civil proceedings. Exhibit 2. Because the Coast Guard could not comply with the subpoena without violating the provisions of the statute that prohibit disclosure, the Coast Guard asked that the subpoena be withdrawn. Id. To date, the Coast Guard has received no response to the request.

Accordingly, rather than give the impression that the Coast Guard has ignored or refused to comply with the subpoena issued by this Court, the Coast Guard moves to quash the subpoena. United States Code, Title 46, section 6308, states that:

> no part of a report of a marine casualty investigation conducted under
> 
> section 6301 of this title, including findings of fact, opinions,

recommendations, deliberations, or conclusions, shall be admissible as evidence or subject to discovery in any civil or administrative proceedings, other than an administrative proceeding initiated by the United States.  Any employee of the Department of Transportation, and any member of the Coast Guard, investigating a marine casualty pursuant to section 6301 of this title, shall not be subject to deposition or other discovery, or otherwise testify in such proceedings relevant to a marine casualty investigation, without the permission of the Secretary of Transportation.

46 U.S.C. §6308(a); *see also*, In re Complaint of Danos & Curole Marine Contractors, Inc. 278 F.Supp.2d 783 (E.D.La.,2003).[1]

Because release of the marine casualty investigation documents is not permitted by law, the Coast Guard respectfully asks that this Court quash the subpoena for the production of documents directing the Commander (dl) of the

---

[1] Plaintiff, or defendant, are not without means of obtaining information that is contained in the Marine Casualty Investigation Report.  The statue provides that "The Secretary shall not withhold permission for such employee or member to testify, either orally or upon written questions, on solely factual matters at a time and place and in a manner acceptable to the Secretary if the information is not available elsewhere or is not obtainable by other means." 46 U.S.C. § 6301(a).

17th Coast Guard District, Juneau, Alaska, to release the marine casualty investigation documents.

 Respectfully requested this 26th day of April, 2006, in Anchorage, Alaska.

        DEBORAH M. SMITH
        Acting United States Attorney

        s/Richard L. Pomeroy
        Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-2344
        E-mail: richard.pomeroy@usdoj.gov
        AK #8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2006, a copy of the foregoing MOTION TO QUASH SUBPOENA FOR THE PRODUCTION OF DOCUMENTS DIRECTING THE U.S. COAST GUARD TO RELEASE MARINE CASUALTY INVESTIGATION DOCUMENTS was served electronically on Philip W. Sanford and Jess G. Webster.

s/ Richard L. Pomeroy