| | | |
|---|---|---|
| U.S. Department of Homeland Security<br>**United States Coast Guard** | Commander<br>17th Coast Guard District | P.O. Box 25517<br>Juneau, Alaska 99802<br>Staff Symbol: (dl)<br>Phone: (907) 463-2050<br>Fax: (907) 463-2054<br>Email: |

16772
April 18, 2005

Jess G. Webster
Mikkelborg, Broz, Wells & Fryer, PLLC
1001 Fourth Avenue, Suite 3600
Seattle, Washington 98154

Dear Mr. Webster,

I am a legal officer for the Seventeenth Coast Guard District in Juneau, Alaska. I am in receipt of a subpoena dated March 6, 2006, signed by Timothy M. Burgess, United States District Court Judge for the District of Alaska at Anchorage.

The subpoena directs the U.S. Coast Guard to produce the "Report of Investigation into the circumstances surrounding the incident involving F/V MIDNITE SUN – F/V ROLFY collision, on 08/09/2004, MISLE Activity No. 2163205, Originating Unite: MSD Kodiak, MISLE Case No. 193736, without redaction or alteration." The subpoena also directs the U.S. Coast Guard to produce "All materials collected in the course of the investigation that lead to the above-referenced document, including all photographs, audio and/or video recordings, and all statements of any witnesses taken or otherwise collected by the investigating officer."

I am not the custodian of information held within the Coast Guard database known as MISLE (Marine Information for Safety and Law Enforcement). I am not authorized to release the MISLE information you seek. For information regarding the release of MISLE information, please contact:

> G.W. Chappell
> G-PRI-1, Room 1204
> U.S. Coast Guard
> 2100 2nd ST. SW
> Washington, DC 20593 – 0001

Marine casualty investigation documents are not subject to discovery in any civil or administrative proceedings, other than an administrative proceedings initiated by the United States. See Title 46 U.S.C. § 6308 (Information Barred in Legal Proceedings). This is a civil matter in which the United States is not a party.

Exhibit 2

For the foregoing reasons, I request that you withdraw your subpoena immediately. If you have any questions, please do not hesitate to call me at the number above.

Sincerely,

A.R. Owens
Lieutenant, USCG
District 17 Assistant Legal Officer

\#

Enclosures: (1) United States District Court Subpoena (civil case number 3:06-CV-00056 TMB

Exhibit 2