IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL K. ORTH, etc., et al.,<br><br>    Plaintiff,<br><br>    v.<br><br>C.C.J., INC.,<br><br>    Defendant. | Case No. 3:06-cv-00056-TMB<br><br>**[PROPOSED] ORDER** |

The United States Coast Guard's Motion to Quash Subpoena for the Production of Documents Directing the U.S. Coast Guard to Release Marine Casualty Investigation Documents is hereby GRANTED.

DATED: _____     _____
                                  TIMOTHY M. BURGESS
                                  U.S. DISTRICT JUDGE