DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for United States Coast Guard

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL K. ORTH, etc., et al., | Case No. 3:06-cv-00056-TMB |
| Plaintiff, | **STIPULATION TO WITHDRAW SUBPOENA FOR THE PRODUCTION OF DOCUMENTS FROM THE U.S. COAST GUARD MARINE CASUALTY INVESTIGATION** |
| v. | |
| C.C.J., INC., | |
| Defendant. | |

Plaintiffs, through their undersigned counsel, and the United States Coast

Guard, through the United States Attorney's Office for the District of Alaska,

stipulate and agree to the withdrawal of the subpoena issued April 6, 2006

directing the Coast Guard to produce documents from and relating to Marine

Casualty Investigation.

This stipulation moots the motion to quash filed at Docket No. 11. Each party will bear their own costs and fees related to said motion.

Respectfully requested this 27th day of April, 2006.

DEBORAH M. SMITH
Acting United States Attorney

*Richard L. Pomeroy*

Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
AK #8906031
Attorney for U. S. Coast Guard

MIKKELBORG, BROZ, WELLS & FRYER

Jess G. Webster
Mikkelborg, Broz, Wells & Fryer, PLLC
1001 Fourth Avenue, Suite 3600
Seattle, WA 98154

Orth, etc., et al. v. C.C.J., Inc.
Case No. 3:06-cv-00056-TMB                    2