1  Jess G. Webster (AK #8410088)
   Mikkelborg, Broz, Wells & Fryer, PLLC
2  1001 Fourth Avenue, Suite 3600
   Seattle, Washington  98154
3  (206) 623-5890
4
   Attorneys for Plaintiffs
5
                                                        HON. TIMOTHY M. BURGESS
6
7
8             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                                      AT ANCHORAGE
9
10 MICHAEL K. ORTH, UNDERWRITERS AT          )  **IN ADMIRALTY**
   LLOYDS, MARINE INSURANCE COMPANY          )
11 LIMITED, AXIX SURPLUS INSURANCE           )  Case No. 3:06-CV-00056 TMB
   COMPANY AND ALLIANZ MARINE & AVIATION     )
12 VERSICHERUNGS AG,                         )  **CERTIFICATE OF SERVICE**
                                             )
13                     Plaintiffs,           )
        vs.                                  )
14                                           )
   C.C.J., INC.,                             )
15                                           )
                       Defendant.            )
16 ─────────────────────────────────────     )
                                             )
17 AND RELATED CROSS-ACTIONS.                )
   ─────────────────────────────────────     )
18
19      I hereby certify that on April 27, 2006, I electronically filed the following documents
20 with the Court:
21      1.   Stipulation to Withdraw Subpoena for the Production of Documents
             From the U.S. Coast Guard Marine Casualty Investigation; and
22      2.   Certificate of Service
23
24
25 **Certificate of Service - 1**

   Orth v. C.C.J., Inc., etc., et al.

   **Case No.:  3:06-CV-00056 TMB**



CertificateService042706.doc

1  using the CM/ECF system which will send notification of such filing to the following:

2          psanford@hwb-law.com

3          richard.pomeroy@usdoj.gov

4

5  Dated:  April 27, 2006

6

7          MIKKELBORG, BROZ, WELLS & FRYER, PLLC

8

9          _____s/Fran Gaebler_____
   By:  Fran Gaebler, Assistant to
10  Jess G. Webster (Alaska Bar No. 8410088)
   Attorneys for Plaintiffs, MICHAEL K. ORTH,
11  UNDERWRITERS AT LLOYDS, MARINE INSURANCE
   COMPANY LIMITED, AXIX SURPLUS INSURANCE
12  COMPANY AND ALLIANZ MARINE & AVIATION
   VERSICHERUNGS AG; and Third-Party Defendant,
13  MICHAEL K. ORTH

14

15

16

17

18

19

20

21

22

23

24

25  **Certificate of Service - 2**

**Orth v. C.C.J., Inc., etc., et al.**

**Case No.:  3:06-CV-00056 TMB**

CertificateService042706.doc



MIKKELBORG
BROZ | WELLS | FRYER
ATTORNEYS AT LAW
1001 FOURTH AVENUE   SUITE 3600   SEATTLE
WASHINGTON 98154-1115  TEL: 206.623.5890