UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>   MICHAEL K. ORTH, et al.   </u>  v.  <u>   C.C.J., INC.   </u>

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                CASE NO. <u>  3:06-cv-00056-TMB  </u>

<u> Elisa Singleton </u>

<u>PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: April 28, 2006</u>

      Judge Timothy M. Burgess hereby recuses himself from the above-referenced case.  Pursuant to the system of random case assignments, this action is reassigned to Judge John W. Sedwick for all further proceedings.  Please use the following case number on all future filings: 3:06-cv-00056-JWS.

[]{IQ2.WPD*Rev.12/96}