DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for United States Coast Guard

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| MICHAEL K. ORTH, etc., et al., | Case No. 3:06-cv-00056-TMB |
|---|---|
| Plaintiff, | **STIPULATION TO WITHDRAW SUBPOENA FOR THE PRODUCTION OF DOCUMENTS FROM THE U.S. COAST GUARD MARINE CASUALTY INVESTIGATION** |
| v. | |
| C.C.J., INC., | |
| Defendant. | |

Plaintiffs, through their undersigned counsel, and the United States Coast Guard, through the United States Attorney's Office for the District of Alaska, stipulate and agree to the withdrawal of the subpoena issued April 6, 2006 directing the Coast Guard to produce documents from and relating to Marine Casualty Investigation.

This stipulation moots the motion to quash filed at Docket No. 11. Each party will bear their own costs and fees related to said motion.

Respectfully requested this 27th day of April, 2006.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>*Richard L. Pomeroy*
>Richard L. Pomeroy
>Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>AK #8906031
>Attorney for U. S. Coast Guard
>
>MIKKELBORG, BROZ, WELLS & FRYER
>
>*Jess G. Webster*
>Jess G. Webster
>Mikkelborg, Broz, Wells & Fryer, PLLC
>1001 Fourth Avenue, Suite 3600
>Seattle, WA 98154