Jess G. Webster (AK #8410088)
Mikkelborg, Broz, Wells & Fryer, PLLC
1001 Fourth Avenue, Suite 3600
Seattle, Washington 98154
(206) 623-5890

Attorneys for Plaintiffs

**Hon. John W. Sedwick**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| MICHAEL K. ORTH, UNDERWRITERS AT LLOYDS, MARINE INSURANCE COMPANY LIMITED, AXIX SURPLUS INSURANCE COMPANY AND ALLIANZ MARINE & AVIATION VERSICHERUNGS AG,<br><br>　　　　Plaintiffs,<br>　vs.<br>C.C.J., INC.,<br>　　　　Defendant.<br><br>AND RELATED CROSS-ACTIONS. | **IN ADMIRALTY**<br><br>**Case No. 3:06-cv-00056 JWS**<br><br>**(PROPOSED) ORDER**<br><br>**(Clerk's Action Required)** |

Upon the Stipulation of counsel for plaintiff and the U.S. Coastguard to Withdraw Plaintiff's Subpoena for the Production of Documents from the U.S. Coast Guard Marine Casualty Investigation, the Court having considered said Stipulation, it is

ORDERED that plaintiff's Subpoena to the U.S. Coast Guard is withdrawn and the Motion to Quash of the U.S. Coast Guard is hereby stricken.

(PROPOSED) ORDER- 1
Orth v. C.C.J., Inc., etc., et al.
Case No.: 3:06-cv-00056 JWS

ProposedOrder050106.doc



MIKKELBORG
broz | wells | fryer
ATTORNEYS AT LAW
1001 FOURTH AVENUE  SUITE 3600  SEATTLE
WASHINGTON 98154-1115  TEL: 206.623.5890

1  Dated this ___ of May 2006.

                                                        HON. JOHN W. SEDWICK
2                                                     U.S. DISTRICT COURT JUDGE

3

4  Presented by:

5  Mikkelborg, Broz, Wells & Fryer, PLLC

6

7  _s/Jess G. Webster_____
   By: Jess G. Webster, AK #8410088
8  jgwebster@mikkelborg.com
   Attorneys for Plaintiff

9

10

...

25

(PROPOSED) ORDER- 2

**Orth v. C.C.J., Inc., etc., et al.**

**Case No.: 3:06-cv-00056 JWS**

ProposedOrder050106.doc

**MIKKELBORG**
broz | wells | fryer
ATTORNEYS AT LAW

1001 FOURTH AVENUE  SUITE 3600  SEATTLE
WASHINGTON 98154-1115  TEL: 206.623.5890