1  Jess G. Webster (AK #8410088)
   Mikkelborg, Broz, Wells & Fryer, PLLC
2  1001 Fourth Avenue, Suite 3600
   Seattle, Washington  98154
3  (206) 623-5890
4
   Attorneys for Plaintiffs
5
                                                      HON. JOHN W. SEDWICK
6

7

8           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                                 AT ANCHORAGE
9

10 MICHAEL K. ORTH, UNDERWRITERS AT        )  **IN ADMIRALTY**
   LLOYDS, MARINE INSURANCE COMPANY        )
11 LIMITED, AXIX SURPLUS INSURANCE         )  Case No. 3:06-cv-00056 JWS
   COMPANY AND ALLIANZ MARINE & AVIATION   )
12 VERSICHERUNGS AG,                       )  **CERTIFICATE OF SERVICE**
                                           )
13                    Plaintiffs,          )
        vs.                                )
14                                         )
   C.C.J., INC.,                           )
15                                         )
                      Defendant.           )
16 ─────────────────────────────────────── )
                                           )
17 AND RELATED CROSS-ACTIONS.              )
   ─────────────────────────────────────── )
18

19      I hereby certify that on May 1, 2006, I electronically filed the following documents with

20 the Court:

21      1.   Stipulation to Withdraw Subpoena for the Production of Documents
             From the U.S. Coast Guard Marine Casualty Investigation;
22
        2.   (Proposed) Order; and
23
        3.   Certificate of Service
24

25 **Certificate of Service - 1**

   **Orth v. C.C.J., Inc., etc., et al.**

   **Case No.:  3:06-cv-00056 JWS**



CertificateService050106.doc

1 | using the CM/ECF system which will send notification of such filing to the following:

2 | psanford@hwb-law.com

3 | richard.pomeroy@usdoj.gov

4

5 | Dated: May 1, 2006

6

7 | MIKKELBORG, BROZ, WELLS & FRYER, PLLC

8

9 | _____s/Fran Gaebler_____
By: Fran Gaebler, Assistant to
Jess G. Webster (Alaska Bar No. 8410088)

10 | Attorneys for Plaintiffs, MICHAEL K. ORTH,
UNDERWRITERS AT LLOYDS, MARINE INSURANCE

11 | COMPANY LIMITED, AXIX SURPLUS INSURANCE
COMPANY AND ALLIANZ MARINE & AVIATION

12 | VERSICHERUNGS AG; and Third-Party Defendant,
MICHAEL K. ORTH

13

14

15

16

17

18

19

20

21

22

23

24

25 | **Certificate of Service - 2**
**Orth v. C.C.J., Inc., etc., et al.**
**Case No.: 3:06-cv-00056 JWS**

CertificateService050106.doc



**MIKKELBORG**
BROZ | WELLS | FRYER
ATTORNEYS AT LAW
1001 FOURTH AVENUE   SUITE 3600   SEATTLE
WASHINGTON 98154-1115  TEL: 206.623.5890