Jess G. Webster (AK #8410088)
Mikkelborg, Broz, Wells & Fryer, PLLC
1001 Fourth Avenue, Suite 3600
Seattle, Washington  98154
(206) 623-5890

Attorneys for Plaintiffs

HON. JOHN W. SEDWICK

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
# AT ANCHORAGE

| | |
|---|---|
| MICHAEL K. ORTH, UNDERWRITERS AT LLOYDS, MARINE INSURANCE COMPANY LIMITED, AXIX SURPLUS INSURANCE COMPANY AND ALLIANZ MARINE & AVIATION VERSICHERUNGS AG,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>C.C.J., INC.,<br>　　　　　　Defendant.<br><br>AND RELATED CROSS-ACTIONS. | **IN ADMIRALTY**<br><br>Case No. 3:06-cv-00056 JWS<br><br>**JOINT STATUS REPORT**<br><br>**(Clerk's Action Required)** |

Pursuant to this Court's Minute Order dated April 5, 2006, legal counsel for the parties jointly confirm with the Court that the parties are actively engaged in substantive settlement negotiations, and are scheduled to conduct a mediation of the matter on May 17, 2006 before Edward Archibald, Esq. In the event mediation is not

**Joint Status Report - 1**
**Orth v. C.C.J., Inc**
J:\Main\O\ON-OR\ORTH, MIKE - 012388\2- Rolfy v. Midnight Sun - Underwriters\Pleadings\Joint Status Rpt 050206.doc



MIKKELBORG
BROZ | WELLS | FRYER
ATTORNEYS AT LAW
1001 FOURTH AVENUE  SUITE 3600  SEATTLE
WASHINGTON 98154-1115  TEL: 206.623.5890

1  successful, the parties will conduct a Rule 26(f) conference and supply the Court with
2  a report conforming to LCF 26(f) by May 26, 2006.

3
4  DATED this ___ day of May, 2006.
5
6  MIKKELBORG, BROZ, WELLS & FRYER, PLLC
7
8  _____
   Jess G. Webster (Alaska Bar No. 8410088)
   Attorneys for Plaintiffs, MICHAEL K. ORTH,
9  UNDERWRITERS AT LLOYDS, MARINE INSURANCE
   COMPANY LIMITED, AXIX SURPLUS INSURANCE
10 COMPANY AND ALLIANZ MARINE & AVIATION
   VERSICHERUNGS AG; and Third-Party Defendant,
11 MICHAEL K. ORTH

12
   HOLMES WEDDLE & BARCOTT PC
13
14 By: _____
   Philip W. Sanford (Alaska Bar No. 9406055)
15 Attorneys for Defendants and Third Party Plaintiffs

16
17
18
19
20
21
22
23
24
25

**Joint Status Report - 2**
**Orth v. C.C.J., Inc**
C:\DOCUME~2\psanford\LOCALS~1\Temp\Joint Status Rpt 050206.doc



MIKKELBORG
BROZ | WELLS | FRYER PLLC
ATTORNEYS AT LAW

1001 FOURTH AVENUE   SUITE 3600   SEATTLE
WASHINGTON 98154-1116   TEL: 206.623.5890