1 | Jess G. Webster (AK #8410088)
2 | Mikkelborg, Broz, Wells & Fryer, PLLC
    | 1001 Fourth Avenue, Suite 3600
3 | Seattle, Washington  98154
    | (206) 623-5890
4 |
    | Attorneys for Plaintiffs
5 |
    |                                                  HON. JOHN W. SEDWICK
6 |
7 |
8 |       UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
    |                             AT ANCHORAGE
9 |
10 | MICHAEL K. ORTH, UNDERWRITERS AT        )   **IN ADMIRALTY**
     | LLOYDS, MARINE INSURANCE COMPANY       )
11 | LIMITED, AXIX SURPLUS INSURANCE          )   Case No. 3:06-cv-00056 JWS
     | COMPANY AND ALLIANZ MARINE & AVIATION )
12 | VERSICHERUNGS AG,                                    )   **CERTIFICATE OF SERVICE**
     |                                                                  )
13 |                       Plaintiffs,                            )
     |       vs.                                                      )
14 |                                                                  )
     | C.C.J., INC.,                                                )
15 |                                                                  )
     |                       Defendant.                          )
16 | _____)
     |                                                                  )
17 | AND RELATED CROSS-ACTIONS.            )
     | _____)
18 |
19 |        I hereby certify that on May 3, 2006, I electronically filed the following documents with
20 | the Court:
21 |        1.    Joint Status Report; and
     |        3.    Certificate of Service
22 |
23 |
24 |
25 | **Certificate of Service - 1**
     | **Orth v. C.C.J., Inc., etc., et al.**
     | **Case No.:  3:06-cv-00056 JWS**

CertificateService050306.doc



MIKKELBORG
BROZ | WELLS | FRYER
ATTORNEYS AT LAW
1001 FOURTH AVENUE   SUITE 3600   SEATTLE
WASHINGTON 98154-1115   TEL: 206.623.5890

1   using the CM/ECF system which will send notification of such filing to the following:

2            psanford@hwb-law.com

3            richard.pomeroy@usdoj.gov

4

5   Dated:  May 3, 2006

6

7           MIKKELBORG, BROZ, WELLS & FRYER, PLLC

8

9           _____s/Fran Gaebler_____
        By:  Fran Gaebler, Assistant to

10          Jess G. Webster (Alaska Bar No. 8410088)
        Attorneys for Plaintiffs, MICHAEL K. ORTH,

11          UNDERWRITERS AT LLOYDS, MARINE INSURANCE
        COMPANY LIMITED, AXIX SURPLUS INSURANCE

12          COMPANY AND ALLIANZ MARINE & AVIATION
        VERSICHERUNGS AG; and Third-Party Defendant,

13          MICHAEL K. ORTH

14

15

16

17

18

19

20

21

22

23

24

25  **Certificate of Service - 2**

**Orth v. C.C.J., Inc., etc., et al.**

**Case No.:  3:06-cv-00056 JWS**

CertificateService050306.doc



MIKKELBORG
BROZ | WELLS | FRYER
ATTORNEYS AT LAW
1001 FOURTH AVENUE   SUITE 3600   SEATTLE
WASHINGTON 98154-1115  TEL: 206.623.5890