AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE  District of  ALASKA AT ANCHORAGE

MICHAEL K. ORTH, UNDERWRITERS AT LLOYDS, MARINE INSURANCE COMPANY LIMITED, AXIS SURPLUS INSURANCE COMPANY AND ALLIANZ MARINE & AVIATION-VERSICHERUNGS AG,

    Plaintiffs,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:06-cv-00056 JWS

v.

C.C.J., INC.,

    Defendant.

TO: (Name and address of Defendant)

    C.C.J., INC.
    C/O: Charles G. Johnson
    Agent for Service of Process
    1813 Rezanof
    Kodiak, AK 99615

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Jess G. Webster
    Mikkelborg, Broz, Wells & Fryer, PLLC
    1001 4th Avenue Suite 3600
    Seattle, WA 98154-1115

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK

CLERK

(By) DEPUTY CLERK

DATE  MAR 1 3 2006

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>May 1, 2006 |
| NAME OF SERVER *(PRINT)*<br>Frances B. Gaebler | TITLE<br>Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Via U.S. Certified Mail, Return Receipt Requested (mailed 4/26/06). Return receipt executed on 5/1/06 by Karen Steph.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 4, 2006
          Date                     *Signature of Server* [signature: Frances B. Gaebler]

Mikkelborg, Broz, Wells & Fryer, PLLC
1001 4th Avenue, Suite 3600, Seattle, WA 98154
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.