1  Jess G. Webster (AK #8410088)
   Mikkelborg, Broz, Wells & Fryer, PLLC
2  1001 Fourth Avenue, Suite 3600
   Seattle, Washington 98154
3  (206) 623-5890
4
   Attorneys for Plaintiffs
5
                                                    HON. JOHN W. SEDWICK
6

7

8           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                                   AT ANCHORAGE
9

10 MICHAEL K. ORTH, UNDERWRITERS AT      )   **IN ADMIRALTY**
   LLOYDS, MARINE INSURANCE COMPANY      )
11 LIMITED, AXIX SURPLUS INSURANCE       )   Case No. 3:06-cv-00056 JWS
   COMPANY AND ALLIANZ MARINE & AVIATION )
12 VERSICHERUNGS AG,                     )   **CERTIFICATE OF SERVICE**
                                         )
13         Plaintiffs,                   )
       vs.                               )
14                                       )
   C.C.J., INC.,                         )
15                                       )
           Defendant.                    )
16 _____)
                                         )
17 AND RELATED CROSS-ACTIONS.            )
   _____)
18

19      I hereby certify that on May 4, 2006, I electronically filed the following documents with

20 the Court:

21      1.   Proof of Service re Service of Summons and Complaint on Defendant

22           C.C.J., Inc.; and
        3.   Certificate of Service.
23

24

25 **Certificate of Service - 1**

   **Orth v. C.C.J., Inc., etc., et al.**

   **Case No.: 3:06-cv-00056 JWS**

   

   CertificateService050406.doc

1  using the CM/ECF system which will send notification of such filing to the following:

2  psanford@hwb-law.com

3  richard.pomeroy@usdoj.gov

4

5  Dated:  May 4, 2006

6

7  MIKKELBORG, BROZ, WELLS & FRYER, PLLC

8

9  s/Fran Gaebler
By:  Fran Gaebler, Assistant to
Jess G. Webster (Alaska Bar No. 8410088)
10  Attorneys for Plaintiffs, MICHAEL K. ORTH,
UNDERWRITERS AT LLOYDS, MARINE INSURANCE
11  COMPANY LIMITED, AXIX SURPLUS INSURANCE
COMPANY AND ALLIANZ MARINE & AVIATION
12  VERSICHERUNGS AG; and Third-Party Defendant,
MICHAEL K. ORTH
13

14

15

16

17

18

19

20

21

22

23

24

25  **Certificate of Service - 2**

**Orth v. C.C.J., Inc., etc., et al.**

**Case No.:  3:06-cv-00056 JWS**

CertificateService050406.doc

**MIKKELBORG**
BROZ | WELLS | FRYER
ATTORNEYS AT LAW
1001 FOURTH AVENUE   SUITE 3600   SEATTLE
WASHINGTON 98154-1115  TEL: 206.623.5890