MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*MICHAEL K. ORTH, et al.*    v.    *C.C.J., INC., et al.*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:06-cv-00056 (JWS)

PROCEEDINGS:    **ORDER FROM CHAMBERS**          Date: May 4, 2006

    The Stipulation at docket 14 is **APPROVED**, and based thereon, the subpoena dated April 6, 2006, is deemed withdrawn, and the motion at docket 11 is **DENIED** as moot.