DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for United States Coast Guard

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL K. ORTH, etc., et al.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C.C.J., INC.,<br><br>　　　　Defendant. | Case No. 3:06-cv-00056-JWS<br><br>**NOTICE TO DISCONTINUE ELECTRONIC SERVICE** |

　　　COMES NOW Plaintiff United States of America, by and through Deborah

M. Smith, Acting United States Attorney for the District of Alaska, and hereby

requests the Court no longer electronically serve pleadings in the above-captioned

case on Richard L. Pomeroy, Assistant U.S. Attorney

Respectfully requested this 5th day of May, 2006.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/Richard L. Pomeroy
>Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-2344
>E-mail: richard.pomeroy@usdoj.gov
>AK #8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2006,
a copy of the foregoing NOTICE TO
DISCONTINUE ELECTRONIC
SERVICE  was served electronically
on Philip W. Sanford and Jess G. Webster.

s/ Richard L. Pomeroy