Jess G. Webster (AK #8410088)
Mikkelborg, Broz, Wells & Fryer, PLLC
1001 Fourth Avenue, Suite 3600
Seattle, Washington 98154
Ph:: (206) 623-5890; Fx: (206) 623-0965

Attorneys for Plaintiffs

HON. JOHN W. SEDWICK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| MICHAEL K. ORTH, UNDERWRITERS AT LLOYDS, MARINE INSURANCE COMPANY LIMITED, AXIX SURPLUS INSURANCE COMPANY AND ALLIANZ MARINE & AVIATION VERSICHERUNGS AG,<br>　　　　　Plaintiffs,<br>　　vs.<br>C.C.J., INC.,<br>　　　　　Defendant.<br>_____<br>AND RELATED CROSS-ACTIONS | IN ADMIRALTY<br><br>Case No. 3:06-cv-00056 JWS<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL**<br><br>**(Clerk's Action Required)** |

### I. STIPULATION.

Pursuant to the Settlement Agreement and Release dated May 31, 2006, in which all parties to this action agreed to mutual general releases of all claims that were or could have been asserted in this action, the parties hereby stipulate that the above-entitled action shall be dismissed with prejudice and without an award of costs or attorneys' fees to any party.

Stipulation and Proposed Order of Dismissal- 1

Orth, et al. v. C.C.J., etc., et al.

Case No.: 3:06-cv-00056 JWS

J:\Main\O\ON-OR\ORTH, MIKE - 012388\1 - Rolfy v. Midnight Sun\Pleadings\StipulationOrderDismissal060606.doc



MIKKELBORG BROZ WELLS FRYER
ATTORNEYS AT LAW
1001 FOURTH AVENUE   SUITE 3600   SEATTLE
WASHINGTON 98154-1115   TEL: 206.623.5890

1   RESPECTFULLY SUBMITTED this 6th day of June, 2006.

2

3   HOLMES WEDDLE & BARCOTT PC

4

s/Philip W. Sanford, by Jess G. Webster (with specific authority)
5   Philip W. Sanford (Alaska Bar No. 9406055)
Attorneys for the Defendant and Third Party Plaintiffs
6

7

MIKKELBORG, BROZ, WELLS & FRYER, PLLC
8

9
s/Jess G. Webster
10  Jess G. Webster (Alaska Bar No. 8410088)
Attorneys for Plaintiffs

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Stipulation and Proposed Order of Dismissal- 2**

**Orth, et al. v. C.C.J., etc., et al.**

**Case No.: 3:06-cv-00056 JWS**

J:\Main\O\ON-OR\ORTH, MIKE - 012388\1 - Rolfy v. Midnight Sun\Pleadings\StipulationOrderDismissal060606.doc



MIKKELBORG BROZ WELLS FRYER
ATTORNEYS AT LAW
1001 FOURTH AVENUE   SUITE 3600   SEATTLE
WASHINGTON 98154-1115   TEL: 206.623.5890

## II.  ORDER.

THIS MATTER came before the undersigned Judge of the above-entitled court based upon the stipulation of the parties for dismissal and the Court being fully advised in the premises, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-entitled matter be and the same is hereby dismissed with prejudice and without costs or attorneys' fees to any party.

DONE IN OPEN COURT this _____ day of _____, 2006.

_____
HON. JOHN W. SEDWICK

Presented by:

MIKKELBORG, BROZ, WELLS & FRYER, PLLC


s/Jess G. Webster_____
Jess G. Webster (Alaska Bar No. 8410088)
Attorneys for Plaintiffs

Stipulation and Proposed Order of Dismissal- 3

Orth, et al. v. C.C.J., etc., et al.

Case No.:  3:06-cv-00056 JWS



MIKKELBORG
BROZ | WELLS | FRYER
ATTORNEYS AT LAW
1001 FOURTH AVENUE   SUITE 3600   SEATTLE
WASHINGTON 98154-1115  TEL: 206.623.5890

J:\Main\O\ON-OR\ORTH, MIKE - 012388\1 - Rolfy v. Midnight Sun\Pleadings\StipulationOrderDismissal060606.doc