Jess G. Webster (AK #8410088)
Mikkelborg, Broz, Wells & Fryer, PLLC
1001 Fourth Avenue, Suite 3600
Seattle, Washington  98154
(206) 623-5890

Attorneys for Plaintiffs

HON. JOHN W. SEDWICK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| MICHAEL K. ORTH, UNDERWRITERS AT LLOYDS, MARINE INSURANCE COMPANY LIMITED, AXIX SURPLUS INSURANCE COMPANY AND ALLIANZ MARINE & AVIATION VERSICHERUNGS AG,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>C.C.J., INC.,<br>　　　　　Defendant.<br><br>AND RELATED CROSS-ACTIONS. | **IN ADMIRALTY**<br><br>Case No. 3:06-cv-00056 JWS<br><br>**CERTIFICATE OF SERVICE** |

　　　I hereby certify that on June 6, 2006, I electronically filed the following documents with the Court:

　　　　1.　　Stipulation and Proposed Order of Dismissal; and

　　　　2.　　Certificate of Service

**Certificate of Service - 1**

Orth v. C.C.J., Inc., etc., et al.

**Case No.:  3:06-cv-00056 JWS**

CertificateService060606



MIKKELBORG
BROZ | WELLS | FRYER
ATTORNEYS AT LAW
1001 FOURTH AVENUE   SUITE 3600   SEATTLE
WASHINGTON 98154-1115  TEL: 206.623.5890

1  using the CM/ECF system which will send notification of such filing to the following:

2  psanford@hwb-law.com

3  Dated: June 6, 2006

5  MIKKELBORG, BROZ, WELLS & FRYER, PLLC

7  _____s/Fran Gaebler_____
By:  Fran Gaebler, Assistant to
Jess G. Webster (Alaska Bar No. 8410088)
Attorneys for Plaintiffs, MICHAEL K. ORTH, UNDERWRITERS AT LLOYDS, MARINE INSURANCE COMPANY LIMITED, AXIX SURPLUS INSURANCE COMPANY AND ALLIANZ MARINE & AVIATION VERSICHERUNGS AG; and Third-Party Defendant, MICHAEL K. ORTH

25  **Certificate of Service - 2**

**Orth v. C.C.J., Inc., etc., et al.**

**Case No.:  3:06-cv-00056 JWS**

CertificateService060606



MIKKELBORG
BROZ | WELLS | FRYER
ATTORNEYS AT LAW
1001 FOURTH AVENUE   SUITE 3600   SEATTLE
WASHINGTON 98154-1115  TEL: 206.623.5890