UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

MICHAEL K. ORTH, et al,
    Plaintiff,

v.

                      Case Number 3:06-cv-00056 JWS

UNDERWRITERS AT LLOYDS, et al,
    Defendant.          **JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT based upon the stipulation of the parties for dismissal and the Court being fully advised in the premises, it is hereby ORDERED, ADJUDGED AND DECREED that the above-entitled matter be and the same is hereby dismissed with prejudice and without costs or attorneys fees to any party.

APPROVED.

**REDACTED SIGNATURE**
_____
JOHN W. SEDWICK
United States District Judge

June 8, 2006
_____
Date:

NOTE: *Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                                      IDA ROMACK
                                _____
                                Ida Romack, Clerk of Court

[]{JMT2.WPT*Rev.3/03}